JOHN BEHR, Appellant, v. HELEN C. BEHR, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

PAUL BENTON, Doing Business under the Name of BENTON ASSOCIATES, Respondent, v. KENNEDY-VAN SAUN MFG. & ENG. CORPORATION, Appellant, et al., Defendants.— Order appealed from modified so as to provide that amended complaint may be served upon payment to defendant of costs to date, and as so modified the order is affirmed. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

In the Matter of HIGH SCHOOL TEACHERS' ASSOCIATION OF NEW YORK CITY INCORPORATED, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. This complaint involves generally extra curricular assignments which is a policy matter and not subject to arbitration. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See *post*, p. 958.]

WALLY GRUNBERG, Respondent v. HARRY GRUNBERG, Appellant.— Order appealed from should be reversed and the motion for alimony *pendente lite* should be denied on the ground that plaintiff failed to establish necessity for the alimony in the sum allowed at this time. An immediate trial however is directed in which the financial status of the parties and other issues can be satisfactorily established. Settle order. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

In the Matter of the Accounting of GEORGE W. FISCHER, as Executor of VIRGINIUS B. HIRST, Deceased, Respondent. HARRIET E. HIRST, Appellant; LEONARD FARBSTEIN, as Substituted Special Guardian for JANE HIRST and Others, Infants, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Botein, JJ. [See 283 App. Div. 1036.]

HERMAN NASH v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 283 App. Div. 942.]

In the Matter of the Arbitration between NATHAN KAPLAN et al., as Copartners Doing Business under the Name of PLAS-TRIX COMPANY, Appellants, and HARRY DAVIDOFF, Individually and as President of Amalgamated Workers Union, Local 130, A. F. of L., et al., Respondents. NEW YORK STATE BOARD OF MEDIATION et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 283 App. Div. 941.]